# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GULF COAST HOTEL-MOTEL ASSOCIATION AND ITS SUCCESSOR MISSISSIPPI HOTEL & LODGING ASSOCIATION | § § § § | PLAINTIFF |
| v. | § § § | Civil No. 1:08CV1430-HSO-JMR |
| MISSISSIPPI GULF COAST GOLF COURSE ASSOCIATION, *et al.* | § § § | DEFENDANTS |

## FINAL JUDGMENT

BEFORE THE COURT is the Motion to Dismiss [113] of Defendants The Pass Christian Isles Golf Club, Inc., Sunkist Country Club, Inc., Mississippi Gulf Coast Golf Course Association, Pacific Life Insurance Company, Diamondhead Country Club and Property Owners Association, Inc., and Great Southern Golf Club, Inc., filed April 1, 2010, in the above-captioned cause, in which Defendants SPE Go Holdings, Inc. [115], Gulf Hills Golf Club, Inc. [116], and Dogwood Hills Golf Course, Inc. [118], have joined. The Court, after a full review and consideration of Defendants' Motion, the related pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's federal claims for violations of sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2, and violations of section 2 of the Clayton Act, 15 U.S.C. § 13, contained in its Second Amended Complaint should be, and hereby are, **DISMISSED WITH PREJUDICE**, and that Plaintiff's state law claims for tortious interference with business relations and

tortious interference with contract should be, and hereby are, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE